UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY ERIC PERKINS,<br><br>                Plaintiff,<br><br>      v.<br><br>C. REESE, *et al.*,<br><br>                Defendants. | Case No.  2:20-cv-02402-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE |

    Plaintiff, a former inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $52.00 administrative fee.  *See* 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $402.00.

    In accordance with the above, it is hereby ORDERED that:

    1. Plaintiff shall submit, within thirty days of the date of this order, an application to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $402.00.

    2. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

IT IS SO ORDERED.

Dated:   December 7, 2020                      _____
                                                              JEREMY D. PETERSON
                                                              UNITED STATES MAGISTRATE JUDGE