|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| RANDY ERIC PERKINS, | Case No. 2:20-cv-02402-JDP (PC) |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO COMPLY WITH COURT ORDERS, AND FAILURE TO STATE A CLAIM |
| v. | |
| C. REESE, *et al.*, | |
| Defendants. | OBJECTIONS DUE WITHIN FOURTEEN DAYS |

On February 17, 2021, I screened plaintiff's complaint, notified plaintiff that the complaint did not state a claim, and granted him sixty days to file an amended complaint. ECF No. 6. Plaintiff failed to timely file an amended complaint. Accordingly, on May 14, 2021, I ordered him to show cause within twenty-one days why this action should not be dismissed for failure to prosecute and failure to state a claim. ECF No. 7. I notified plaintiff that if he wished to continue with this lawsuit, he would need to file an amended complaint. I also warned him that if he did not comply with the May 14 order, I would recommend that this action be dismissed.

| | |
|---|---|
| 1 | The deadline has passed, and plaintiff has not filed an amended complaint or otherwise |
| 2 | responded to the May 14, 2021 order.  Accordingly, it is hereby ORDERED that the Clerk of |
| 3 | Court shall randomly assign a United States District Judge to this case. |
| 4 | Further, it is RECOMMENDED that: |
| 5 | 1. This action be dismissed for failure to prosecute, failure to comply with court orders, |
| 6 | and failure to state a claim for the reasons set forth in the February 17, 2021 order.  *See* ECF No. |
| 7 | 6. |
| 8 | 2. The Clerk of Court be directed to close the case. |
| 9 | These findings and recommendations are submitted to the United States District Judge |
| 10 | assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days |
| 11 | after being served with these findings and recommendations, any party may file written |
| 12 | objections with the court and serve a copy on all parties.  Such a document should be captioned |
| 13 | "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the |
| 14 | objections shall be served and filed within fourteen days after service of the objections.  The |
| 15 | parties are advised that failure to file objections within the specified time may waive the right to |
| 16 | appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez* |
| 17 | *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). |

IT IS SO ORDERED.

Dated:  June 28, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2